```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARLON MULLINGS                  :    CIVIL ACTION
                                 :
         v.                      :
                                 :
DAVID DIGUGLIELMO, et al.        :    NO. 08-617
```

ORDER

AND NOW, this 9th day of April, 2008, upon careful and independent consideration of Marlon Mullings's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (docket entry #1), the petitioner's motion to stay his petition (docket entry #3), the Report and Recommendation of the Honorable Henry S. Perkin (docket entry #4), and Mullings's objections (docket entry #6), and the Court finding that Judge Perkin correctly resolved the issues with Mullings' petition, i.e., the statute of limitations for filing a federal habeas petition is tolled until the state courts resolve his pending Pennsylvania Post-Conviction Relief Act claim, and, therefore, he cannot file and we need not stay the present petition, it is hereby ORDERED that:

1.  The Report and Recommendation is APPROVED and ADOPTED;

2.  The petition for writ of habeas corpus is DENIED WITHOUT PREJUDICE;

3.  Petitioner's motion to stay timely filed habeas petition is DENIED; and

4.  Petitioner having made no substantial showing of a denial of a constitutional right, we DECLINE to issue a certificate of appealability; and

        5.    The Clerk shall CLOSE this civil action statistically.

                                              BY THE COURT:

                                              <u>/s/ Stewart Dalzell, J.</u>